**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                          CASE NO. 09-10201-GVL1
                                                CHAPTER 13
DERRICK JON WOOTEN
TERRI SUEANN WOOTEN

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

1.  The Trustee has issued check(s) FOR: SEARS/C.B.S.D
which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits
her check number 396147 in the amount of 38.64 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

DERRICK JON WOOTEN              SEARS/C. B. S. D.
TERRI SUEANN WOOTEN           8725 W. SAHARA AVENUE
6620 SE 62ND COURT                    THE LAKES, NV 89163
TRENTON,  FL  32693

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
7/30/2010  1:30 pm / CR_213         OFFICE OF CHAPTER 13 TRUSTEE