**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                      CASE NO. 09-10201-GVL1
                                            CHAPTER 13
DERRICK JON WOOTEN
TERRI SUEANN WOOTEN

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and

through her undersigned attorneys, and hereby files this

Notice of Payment of Unclaimed Funds, and in support

thereof hereby states:

   1.  The Trustee has issued check(s) FOR: SEARS/C.B.S.D

which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with

the bank on the check(s).

   3.  The Trustee is required to remit the funds to the

Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits

her check number 399751 in the amount of 25.76 to the

Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

DERRICK JON WOOTEN             SEARS/C. B. S. D.
TERRI SUEANN WOOTEN            8725 W. SAHARA AVENUE
6620 SE 62ND COURT            THE LAKES, NV 89163
TRENTON,  FL  32693

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/29/2010  1:08 pm / CR_213