**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                    CASE NO. 09-10201-GVL1
                                          CHAPTER 13
DERRICK JON WOOTEN
TERRI SUEANN WOOTEN

            Debtor(s)          /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SEARS/C.B.S.D which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421088 in the amount of 6.96 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
```

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
DERRICK JON WOOTEN           SEARS/C. B. S. D.
TERRI SUEANN WOOTEN          8725 W. SAHARA AVENUE
6620 SE 62ND COURT           THE LAKES, NV 89163
TRENTON, FL  32693

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
9/29/2011  1:56 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```